**IGNACE ROULEAU** *versus* **ISAAC RICHARDSON** AND **JOHN M. WILSON.**

JOURNAL ENTRIES (1828): *Journal 4:* (1) Motion to dissolve injunction *p. 210; (2) motion argued, submitted *p. 218; (3) injunction dissolved *p. 219.

PAPERS IN FILE: (1) Bill of complaint, order for injunction, stipulation as to date of filing bill; (2) notice of application for injunction, proof of service; (3) bond for injunction; (4) writ of injunction and return; (5) answer of John M. Wilson; (6) precipe for process; (7) writ of subpoena and return; (8) answer of Isaac Richardson; (9) motion to dissolve injunction; (10) writ of fi. fa. for costs; (11) transcript of J. P. record; (12) copy of recognizance filed in county court.

*Chancery Case 99 of 1828.*

**OLIVER W. MILLER** *versus* **PHILLIPS WARREN** AND **DAVID C. McKINSTRY.**

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Continued *p. 217; (2) leave given to withdraw plea *p. 256; (3) continued *p. 275; (4) motion to take bill as confessed and for reference to master *p. 325; (5) bill taken as confessed, referred to master *p. 328; (6) master's report confirmed, decree *p. 343; (7) decree signed *p. 385.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) stipulation for withdrawal of demurrer and for time to plead or answer; (5) plea of Phillips Warren; (6) stipulation for withdrawal of plea, etc.; (7) motion to take bill as confessed and for reference to master; (8) copy of rule of reference; (9) stipulation for decree; (10) draft of decree; (11) money bond—Phillips Warren to Oliver W. Miller, assignment to John Scott; (12) deed of mortgage—Phillips Warren to Oliver W. Miller, assignment to John Scott.

*Chancery Case 90 of 1827.*

**ANTHONY BEELIN** AND **HENRY C. BOSLER,** SURVIVING PARTNERS OF BOSLER & CO., *versus* **ABRAHAM EDWARDS** ET UX., **ABRAHAM C. TRUAX,** AND **PETER J. DESNOYERS.**

JOURNAL ENTRIES (1828–31): *Journal 4:* (1) Motion to take bill as confessed and for reference to master *p. 217; (2) exception to master's report *p. 247; (3) motion to confirm report overruled —"Null" *p. 256; (4) report returned to master, rule given for computing amounts *p. 258; (5) master's report confirmed, decree *p. 261; (6) motion for rule on master to obey order *p. 338; (7) motion for payment of rents *p. 339; (8) rents ordered paid, proceedings under decree set aside, rule to perform decree *p. 354; (9) motion for reference to master *p. 379; (10) referred to master, motion for rule to pay over interest, rule to pay rents or to show cause *p. 392; (11) master's report of sale confirmed *p. 402; (12) rents ordered paid *p. 468.

PAPERS IN FILE: (1) Bill of complaint; (2) bond for costs; (3) writ of subpoena and return; (4) answer of Abraham Truax; (5) master's report of amounts due; (6–7) drafts of decree; (8) motion for rule on master to obey order; (9) master's report of sale; (10) motion for payment of rents; (11) remonstrance of Margaret May, widow of James May; (12) motion for payment of rents; (13) draft of order setting aside proceedings, etc.; (14) master's request for opinion of court as to right to interest; (15) master's report re payment of rents; (16) master's report of sale; (17) motion for attachment for contempt for disobeying order to pay rents; (18) statement of Dr. John Hendree re payment of rents; (19–20) master's reports of costs and amounts due; (21) affidavit of James Hanmer; (22) bill of costs; (23) memo. of costs; (24–25) money bonds—James May to Abraham C. Truax; (26) deed of mortgage—James May to Abraham C. Truax; (27) deed of mortgage—Abraham Edwards to Anthony Beelin, Henry C. Bosler, and Louis Belman.

*Chancery Case 93 of 1827.*